IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE and ANTONIOS PETROHELOS,<br><br>    Plaintiff,<br><br>vs.<br><br>MAURADER CORP. d/b/a CPS INVESTIGATIONS,<br><br>    Defendant. | Civil Action No.<br>   FILED: APRIL 25, 2008<br>   08CV2365   RCC<br>   JUDGE PALLMEYER<br>   MAGISTRATE JUDGE MASON |

## COMPLAINT

NOW COME the Plaintiffs, GEORGE and ANTONIOS PETROHELOS, by and through their attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, MAURADER CORP. d/b/a CPS INVESTIGATIONS,, and alleging as follows:

### PRELIMINARY STATEMENT

1.  This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.  Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3.  Plaintiffs, George and Antonios Petrohelos, ("Plaintiff"), are individuals who were at all relevant times residing in the City of Chicago, State of Illinois.

4.  At all relevant times herein, Defendant, MAURADER CORP. d/b/a CPS INVESTIGATIONS, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. §

1

1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to Americash Loan.

5. Defendant is a corporation that, upon information and belief has its principal place of business and its offices located in the Indian Wells, California, but regularly conducts business in the State of Illinois as it did here.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. CPS COLLECTIONS

6. On February 1, 2008, Plaintiffs began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed to Americash Loan for $250.00. In said conversation, Defendant demanded Plaintiffs make payment in full immediately.

7. After Plaintiffs explained they could not make an immediate payment, Defendant stated payment must be received no later than February 14, 2008 or else they would initiate litigation ,

8. On February 14, 2008, Plaintiffs contacted Defendant but were unable to get in touch with anyone. Later that afternoon, Plaintiffs received a message from Defendant stating that if it did not hear from Plaintiffs by 5:00 p.m. that evening, again, it would initiate litigation.

9. On February 18, 2008, after agreeing to a payment plan, Defendant revoked its offer and stated the payment plan was unacceptable and it would only accept payment in full for $680.00 or take Plaintiffs to court.

10. On February 19, 2008, Defendant contacted Plaintiffs' home. Plaintiffs' cousin answered the call and Defendant stated that Plaintiffs had a half hour to return the call. At that time, Defendant told this third party that Defendant had a person on or at Plaintiffs' property that

was ready to serve lawsuit papers. Defendant has yet to initiate any lawsuit against Plaintiffs or serve any legal papers upon Plaintiffs

11. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Falsely represented any services or compensation which may be lawfully received by any debt collector for the collection of a debt in violation of 15 U.S.C. § 1692e(2)(B);

    b. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. § 1692e(10); and

    c. Used unfair or unconscionable means to collect or attempt to collect any debt in violation of 15 U.S.C. § 1692f.

12. As a result of Defendant's violations as aforesaid, Plaintiffs suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiffs, GEORGE and ANTONIOS PETROHELOS, by and through their attorneys, respectfully pray for judgment as follows:

    a. All actual compensatory damages suffered;

    b. Statutory damages of $1,000.00 for Plaintiffs;

    c. Plaintiffs' attorneys' fees and costs;

    d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFFS REQUEST A TRIAL BY JURY ***

Respectfully Submitted,
**GEORGE and ANTONIOS PETROHELOS**


By:   s/Larry P. Smith
         Attorney for Plaintiffs

Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.    (312) 222-9028
Fax    (312) 602-3911
e-mail  lsmith@lpsmithlaw.com

4