IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE & ANTONIOS PETROHELOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-2365 |
| | ) | |
| MAURADER CORP., | ) | Judge Pallmeyer |
| d/b/a CPS INVESTIGATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**

NOW COMES the Plaintiffs, GEORGE & ANTONIOS PETROHELOS, by and through their attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and move this Honorable Court to grant Plaintiff's Motion to Dismiss MAURADER CORP., d/b/a CPS INVESTIGATIONS, with prejudice.

Respectfully Submitted,
**GEORGE PETROHELOS &
ANTONIOS PETROHELOS**

By:   */s Larry P. Smith*
   Larry P. Smith
   Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue
40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911