**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE & ANTONIOS PETROHELOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-2365 |
| | ) | |
| MAURADER CORP., | ) | Judge Pallmeyer |
| d/b/a CPS Investigations, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE THAT on June 27, 2008, there was filed electronically in the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Motion to Voluntarily Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| **Name:** | Larry P. Smith & Associates, Ltd. |
| **Attorney for:** | Plaintiff |
| **Address:** | 205 N. Michigan Ave, Suite 4000 |
| **City:** | Chicago, Illinois 60601 |
| **Telephone:** | (312) 222-9028 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney for Plaintiff, certify that on June 27, 2008, a copy of the foregoing was sent to the following party or parties by depositing the same in the United States mail with sufficient postage affixed thereon and addressed as follows:

Consumer Portfolio Services, Inc.
ATTN: Legal Department
16355 Laguna Canyon Road
Irvine, CA 92618

                                                                           By:   */s Larry P. Smith*
                                                                                           Larry P. Smith
                                                                                           Attorney for Plaintiff