# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2365 | **DATE** | 6/30/2008 |
| **CASE TITLE** | George & Antonios Petrohelos vs. Maurader Corp. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/30/2008. Plaintiff's motion to voluntarily dismiss [6] with prejudice granted. Civil case terminated.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|