## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE & ANTONIOS PETROHELOS, | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 08-CV-2365 |
| MAURADER CORP., d/b/a CPS Investigations, | ) ) ) | Judge Pallmeyer |
| Defendant. | ) ) | |

On July 21, 2008, at 8:45a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or any judge sitting in her stead, in courtroom 2119 or the courtroom usually occupied by her in the Federal Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present a copy of **Plaintiff's Motion to Enforce Settlement,** a copy of which is attached hereto and herewith served upon you.

By: *s/Larry P. Smith*
Attorney for Plaintiff

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

## PROOF OF SERVICE

I, Larry P. Smith, an attorney, certify that I served this notice to the above named party or parties *via email* on July 14, 2008, by 5:00 p.m. from 205 N. Michigan Ave, Suite 4000, Chicago, Illinois 60601.

By: *s/Larry P. Smith*
Attorney for Plaintiff