## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2365 | **DATE** | 7/21/2008 |
| **CASE TITLE** | George Petrohelos, et al vs. Maurader Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiffs motion to enforce settlement [9] denied, but the case is reinstated. Plaintiff is reminded that the court docket does not reflect service of process on the Defendant, nor has any attorney filed an appearance on Defendant's behalf. Status hearing set for 8/11/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|